UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:06-CV-162-BO

| | |
|---|---|
| Charlie Friedman, ) | |
| Friedman & Broussard Produce, Inc. ) | |
| ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Southern Produce Distributors, Inc. ) | |

**Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Bankruptcy Court's decision is AFFIRMED. (BOYLE, J)

**This Judgment Filed and Entered on August 13, 2007, and Copies To:**

John G. Rhyne
Hinson & Rhyne, PA
P O Box 7479
Wilson, NC 27895-7479

Stephani Wilson Humrickhouse
Nicholls & Crampton, P.A.
4300 Six Forks Road
Suite 700
Raleigh, NC 27609


August 13, 2007                                    /s/ Dennis P. Iavarone,
                                                              Clerk of Court